UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-7968-GW(VBKx) | Date | April 21, 2009 |
|---|---|---|---|
| Title | *AB Coaster Holdings Inc v. Netnetstore.com, Inc., et al.* | | |

Present: The Honorable    GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    COURT ORDER**

On April 20, 2009, plaintiff AB Coaster Holdings, Inc. filed a Notice of Settlement.  Counsel are hereby notified that on the Court's own motion, an Order to Show Cause hearing re: Settlement is set for **June 1, 2009 at 8:30 a.m.**  The parties are advised that the Order to Show Cause hearing will be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is filed by no later than 12:00 p.m. on May 29, 2009.

IT IS SO ORDERED.

Initials of Preparer    JG