Daniel M. Cislo, Esq., No. 125,378
Kelly W. Cunningham, Esq., No. 186,229
CISLO & THOMAS LLP
1333 2nd Street, Suite 500
Santa Monica, California 90401
Telephone: (310) 451-0647
Telefax: (310) 394-4477

JS-6

Attorneys for Plaintiff
AB COASTER HOLDINGS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AB COASTER HOLDINGS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>NETNETSTORE.COM, INC., an Ohio corporation; RAKATAK.COM; JEREMY W. RAK, an individual; JOHNNY RAK, an individual and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. CV 08-7968 GW (VBKx)<br><br>**NOTICE AND ORDER OF DISMISSAL OF COMPLAINT WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)** |

TO THE COURT AND ALL DEFENDANTS THROUGH THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff AB COASTER HOLDINGS, INC., through its attorneys of record and in accordance with the terms of the parties' Settlement Agreement, hereby dismisses without prejudice

the entire Complaint filed by Ab Coaster Holdings, subject to the Court's approval.

                                                             Respectfully submitted,

                                                             CISLO & THOMAS LLP

Dated:  May 2, 2009          By:  _____
                                                   Daniel M. Cislo, Esq.
                                                   Kelly W. Cunningham, Esq.

                                                   Attorneys for Plaintiff
                                                 AB COASTER HOLDINGS, INC.

T:\08-21960\Notice of dismissal of complaint.DOC

IT IS HEREBY ORDERED:

    1.    This action is dismissed without prejudice.
    2.    The Court retains jurisdiction for purposes of interpreting or enforcing the Settlement Agreement between the parties.

Dated:  May 1, 2009                 */s/ George H. Wu*
                                          _____
                                           GEORGE H. WU,
                                           United States District Judge